Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 19–13186–VFP  
Chapter: 13  
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos A. Bedoya  
   98 Cresskill Avenue  
   Dumont, NJ 07628

Social Security No.:  
   xxx–xx–6990

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 12, 2019.

On 7/6/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date: August 6, 2020  
Time: 08:30 AM  
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 7, 2020  
JAN: smz

                                                   Jeanne Naughton  
                                                   Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                                  Case No. 19-13186-VFP
Carlos A. Bedoya                                                        Chapter 13
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin               Page 1 of 2            Date Rcvd: Jul 07, 2020
                              Form ID: 185              Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2020.
db             +Carlos A. Bedoya,    98 Cresskill Avenue,    Dumont, NJ 07628-1604
cr             +Specialized Loan Servicing, LLC, as servicing agen,    P.O. Box 340514,    Tampa, FL 33694-0514
518031085      +Luz Bedoya,    98 Cresskill Avenue,   Dumont, NJ 07628-1604
518031086      +RAS Citron, LLC,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518207644     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    Dept of Treasury,    Division of Taxation,
                 P O Box 245,    Trenton NJ   08695)
518031087      +Specialized Loan Servicing LLC,    POB 636007,    Littleton, CO 80163-6007
518031088      +State of New Jersey Department of Treasu,    POB 1008,    Moorestown, NJ 08057-0908
518206512      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 07 2020 23:49:18     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 07 2020 23:49:16     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 23:53:19
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518031082      +E-mail/Text: bankruptcy@commercebank.com Jul 07 2020 23:49:14     Commerce Bank,    POB 410857,
                 Kansas City, MO 64141-0857
518031083      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 07 2020 23:53:25     Credit One Bank,
                 POB 98875,   Las Vegas, NV 89193-8875
518031084      +E-mail/Text: electronicbkydocs@nelnet.net Jul 07 2020 23:49:20
                 Departmnet of Education/Nelnet,    121 S 13th Street,    Lincoln, NE 68508-1904
518195522       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 07 2020 23:53:59     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
518033620      +E-mail/PDF: gecsedi@recoverycorp.com Jul 07 2020 23:53:18     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 7, 2020 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    CSAB Mortgage-Backed Pass-Through Certificates, Series
               2007-1, U.S. Bank National Association, et al ... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
               CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1, U.S. Bank National Association,
               as Trustee bk@stewartlegalgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz   on behalf of Creditor    CSAB Mortgage-Backed Pass-Through Certificates,
               Series 2007-1, U.S. Bank National Association, et al ... rsolarz@kmllawgroup.com
              Ronald I. LeVine   on behalf of Debtor Carlos A. Bedoya ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jul 07, 2020
                               Form ID: 185             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                                                             TOTAL: 6