| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq.<br>210 River St. Ste. 11<br>Hackensack, NJ 07601<br>Attorney for Debtor<br>RL9395 | Order Filed on August 12, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Carlos A. Bedoya | Case No.: 19-13186VFP<br><br>Chapter 13<br><br>Judge: Hon. Vincent Papalia |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: August 12, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: Carlos A. Bedoya
    Case No. 19-13186VFP
    Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $1835.00 for services rendered and expenses in the amount of $0, for a total of $1835.00. The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.

ORDERED that the Debtors' Plan payment is adjusted from $620 to $650 starting September 1, 2020 for the remaining 65 months.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.