Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−13186−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos A. Bedoya
   98 Cresskill Avenue
   Dumont, NJ 07628

Social Security No.:
   xxx−xx−6990

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on June 12, 2019.

   On 8/14/2020 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                 September 17, 2020
Time:                08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 18, 2020
JAN: smz

                                                                                                        Jeanne Naughton
                                                                                                       Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 19-13186-VFP
Carlos A. Bedoya                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin              Page 1 of 2         Date Rcvd: Aug 18, 2020
                            Form ID: 185             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db            +Carlos A. Bedoya,    98 Cresskill Avenue,    Dumont, NJ 07628-1604
cr            +Specialized Loan Servicing, LLC, as servicing agen,    P.O. Box 340514,    Tampa, FL 33694-0514
518031085     +Luz Bedoya,    98 Cresskill Avenue,    Dumont, NJ 07628-1604
518031086     +RAS Citron, LLC,    130 Clinton Road, Suite 202,    Fairfield, NJ 07004-2927
518207644    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Dept of Treasury,    Division of Taxation,
                 P O Box 245,    Trenton NJ   08695)
518031087      Specialized Loan Servicing LLC,    Attn: Customer Care Support,    POB 636005,
                Littleton, CO 80163-6005
518031088     +State of New Jersey Department of Treasu,    POB 1008,    Moorestown, NJ 08057-0908
518206512     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 19 2020 00:12:53     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 19 2020 00:12:50     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 00:15:46
                Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518031082     +E-mail/Text: bankruptcy@commercebank.com Aug 19 2020 00:12:49     Commerce Bank,    POB 410857,
                Kansas City, MO 64141-0857
518031083     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 19 2020 00:15:58     Credit One Bank,
                POB 98875,    Las Vegas, NV 89193-8875
518031084     +E-mail/Text: electronicbkydocs@nelnet.net Aug 19 2020 00:12:55
                Departmnet of Education/Nelnet,    121 S 13th Street,    Lincoln, NE 68508-1904
518195522      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 00:15:21     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518033620     +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 00:15:46     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    CSAB Mortgage-Backed Pass-Through Certificates, Series
               2007-1, U.S. Bank National Association, et al ... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
               CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1, U.S. Bank National Association,
               as Trustee bk@stewartlegalgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    CSAB Mortgage-Backed Pass-Through Certificates,
               Series 2007-1, U.S. Bank National Association, et al ... rsolarz@kmllawgroup.com
```

```
District/off: 0312-2            User: admin              Page 2 of 2               Date Rcvd: Aug 18, 2020
                                Form ID: 185             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Ronald I. LeVine   on behalf of Debtor Carlos A. Bedoya ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                 TOTAL: 6