| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq.<br>210 River St.  Ste. 11<br>Hackensack, NJ  07601<br>Attorney for Debtor<br>RL9395 | Order Filed on May 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Carlos A. Bedoya | Case No.: 19-13186 VFP<br><br>Chapter 13<br><br>Judge:  Hon. Vincent Papalia |

### REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: May 7, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: Carlos A. Bedoya
    Case No. 19-13186 VFP
    Revised Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $2010.00 for services rendered and expenses in the amount of $0, for a total of $2010.00. The allowance shall be payable:

■    through the Chapter 13 plan as an administrative priority.

ORDERED that the Debtors' Plan payment is adjusted to $833.00 beginning May 1, 2021 for the remaining 58 months.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.