| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Ronald I. LeVine, Esq.<br>210 River St.  Ste. 11<br>Hackensack, NJ  07601<br>Attorney for Debtor<br>RL9395 | Order Filed on May 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>Carlos A. Bedoya | Case No.: 19-13186 VFP<br><br>Chapter 13<br><br>Judge:  Hon. Vincent Papalia |

### REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page, numbered two (2) through three (3) is hereby **ORDERED**

**DATED: May 7, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

(Page 2)
Debtor: Carlos A. Bedoya
          Case No. 19-13186 VFP
          Revised Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basis Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Ronald I. LeVine, the applicant, is allowed a fee of $2010.00 for services rendered and expenses in the amount of $0, for a total of $2010.00. The allowance shall be payable:

■    through the Chapter 13 plan as an administrative priority.

ORDERED that the Debtors' Plan payment is adjusted to $833.00 beginning May 1, 2021 for the remaining 58 months.

ORDERED that if the Debtors do not complete their Chapter 13 due to dismissal, Marie-Ann Greenberg, Chapter 13 Trustee, will pay the amounts due pursuant to this Order to the Law Firm of Ronald I. LeVine before releasing any money to the Debtor.

The movant shall service this Order on the Trustee, Debtor and all parties of record.

United States Bankruptcy Court

District of New Jersey

In re:  
Carlos A. Bedoya  
    Debtor

Case No. 19-13186-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: May 07, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Carlos A. Bedoya, 98 Cresskill Avenue, Dumont, NJ 07628-1604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSAB Mortgage-Backed Pass-Through Certificates  Series 2007-1, U.S. Bank National Association, et al ... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1, U.S. Bank National Association, as Trustee bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor CSAB Mortgage-Backed Pass-Through Certificates  Series 2007-1, U.S. Bank National Association, et al ... rsolarz@kmllawgroup.com |
| Ronald I. LeVine | on behalf of Debtor Carlos A. Bedoya ronlevinelawfirm@gmail.com  irr72645@notify.bestcase.com |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2021 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6