| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br><br>Carlos A. Bedoya<br><br>                                    Debtor. |

Chapter: 13

Case No.: 19-13186-VFP

Judge: Vincent F. Papalia

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

  I certify that with respect to the Consent Order Curing Arrearage ("Consent Order") submitted to the Court and agreed to by Specialized Loan Servicing, LLC, as servicing agent for CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1, U.S. Bank National Association, as Trustee ("Creditor") and the Debtor, the following conditions have been met:

  (a)  The terms of the Consent Order are identical to those set forth in the original consent order;

  (b)  The signatures represented by the /s/_____ on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

  (c)  I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding.

  (d)  I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

  (e)  I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

                  Stewart Legal Group, P.L.

                              Attorney for Specialized Loan Servicing, LLC, as servicing agent for CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1, U.S. Bank National Association, as Trustee

Dated: January 27, 2022        By: */s/Gavin N. Stewart*
                                            Gavin N. Stewart, Esq.

Case 19-13186-VFP    Doc 66    Filed 01/27/22    Entered 01/27/22 21:21:16    Desc Main
Document      Page 2 of 2