| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on January 28, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Carlos A. Bedoya<br><br>                                    Debtor. | Chapter: 13<br><br>Case No.: 19-13186-VFP<br><br>Judge: Vincent F. Papalia |

## CONSENT ORDER CURING ARREARAGE

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: January 28, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor: Carlos A. Bedoya
Case No.: 19-13186-VFP
Caption of Order: **CONSENT ORDER CURING ARREARAGE**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic Stay ("Motion") filed by Specialized Loan Servicing, LLC, as servicing agent for CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1, U.S. Bank National Association, as Trustee ("Creditor"), and whereas the Debtor seeks to cure the arrearage currently due on the loan in the amount of $15,774.34, it is hereby **ORDERED**:

1. On or before January 31, 2022, the Debtor shall file a modified plan providing for the curing and payment in full of the pre-petition arrearage, the post-petition arrearage above, **$15,774.34**, and all other amounts due on the underlying loan.

2. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the February 1, 2022 payment.

3. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

2. All provisions of the *Order Resolving Motion For Relief From Stay* (Doc. No. 32) not modified by the provisions of this Order shall remain in full force and effect.

**STIPULATED AND AGREED**:

| | |
|---|---|
| _____ | */s/Gavin N. Stewart* |
| Ronald I. LeVine, Esquire | Gavin N. Stewart, Esq. |
| Law Office of Ronald I. LeVine | Stewart Legal Group, P.L. |
| 210 River Street | 401 East Jackson Street |
| Suite 11 | Suite 2340 |
| Hackensack, NJ 07601 | Tampa, FL 33602 |
| *Counsel to Debtor* | *Counsel to Creditor* |
| Dated: | Dated: |