UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
CARLOS A. BEDOYA

Case No.: 19-13186VFP

Chapter 13

Hearing Date:

## CERTIFICATION OF DEBTOR(S) IN SUPPORT OF COVID-19 CHAPTER 13 PLAN MODIFICATION

I, **Carlos A. Bedoya**, am [are] the debtor [s] in the above-captioned Ch. 13 case and make this Certification under penalty of perjury in support of the COVID-19 Chapter 13 Plan Modification filed separately on the docket on **February 2, 2022**.

1) The Chapter 13 plan was originally confirmed by order entered on **June 12, 2019. An amended plan was confirmed on November 13, 2020**.

2) I am current with plan payments through **January 31, 2022.**

3) I am current with post-petition mortgage payments through **January, 2022** on realty located at 98 Cresskill Avenue, Dumont NJ 07628.

    (a) The mortgage payments referred to above are **X** contractual payments.

    (b) I am current with post-petition real estate taxes on the property. Y

    (c) I have current liability insurance on the property and can provide proof thereof. Y

4) If the confirmed plan includes a cram down on a mortgage, then answer the following: **N/A**

5) I am current with post-petition auto payments through **February, 2022** on the following automobile(s): Chevrolet Equinox 2019

6) The change in my household income previously reported on Schedule I is **+ 2,168.99.** My current household income is **$9,225.37**. I have attached a current paystub or proof of the change in income to this certification. [Please redact any personally identifiable information before docketing.] My current total household expenses are now **$7,916.18.**

7) As a result of COVID-19 I have suffered a material financial hardship which has impacted me in the following way:

**Loss of income due to Covid.**

I hereby certify that the foregoing statements made by me are true to the best of my knowledge, information and belief. I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.

Dated: February 11, 2022

Signed: /s/Carlos A. Bedoya
Carlos A. Bedoya