Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−13186−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos A. Bedoya
   98 Cresskill Avenue
   Dumont, NJ 07628

Social Security No.:
   xxx−xx−6990

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        4/7/22
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Ronald I. LeVine, Debtor's Attorney,
period: 3/31/2021 to 3/4/2022

COMMISSION OR FEES
$3277.50

EXPENSES
$0.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
          creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 11, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 19-13186-VFP
Carlos A. Bedoya                                                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                         Page 1 of 2
Date Rcvd: Mar 11, 2022                Form ID: 137                                    Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos A. Bedoya, 98 Cresskill Avenue, Dumont, NJ 07628-1604 |
| cr | + | Specialized Loan Servicing, LLC, as servicing agen, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518031085 | + | Luz Bedoya, 98 Cresskill Avenue, Dumont, NJ 07628-1604 |
| 518031086 | + | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518031087 | | Specialized Loan Servicing LLC, Attn: Customer Care Support, POB 636005, Littleton, CO 80163-6005 |
| 518207644 | + | State Of New Jersey, Dept of Treasury, Division of Taxation, P O Box 245, Trenton NJ 08695-0245 |
| 518031088 | + | State of New Jersey Department of Treasu, POB 1008, Moorestown, NJ 08057-0908 |
| 518995783 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518206512 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 11 2022 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 11 2022 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 11 2022 20:20:37 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518031082 | + | Email/Text: bankruptcy@commercebank.com | Mar 11 2022 20:14:00 | Commerce Bank, POB 410857, Kansas City, MO 64141-0857 |
| 518031083 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 11 2022 20:20:40 | Credit One Bank, POB 98875, Las Vegas, NV 89193-8875 |
| 518031084 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 11 2022 20:14:00 | Departmnet of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 518195522 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2022 20:20:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518033620 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 11 2022 20:20:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519509609 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 11, 2022 | Form ID: 137 | Total Noticed: 17 |

Colorado 80111-4720

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2022        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor CSAB Mortgage-Backed Pass-Through Certificates Series 2007-1, U.S. Bank National Association, et al ... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC, as servicing agent for CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1, U.S. Bank National Association, as Trustee bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor CSAB Mortgage-Backed Pass-Through Certificates Series 2007-1, U.S. Bank National Association, et al ... rsolarz@kmllawgroup.com |
| Ronald I. LeVine | on behalf of Debtor Carlos A. Bedoya ronlevinelawfirm@gmail.com irr72645@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6