VIRGINIA E. FORTUNATO, L.L.C.
One Kinderkamack Road
Hackensack, New Jersey 07601
Tel. 201-673-5777

Virginia E. Fortunato, Esq. #VEF-0787
Attorney for Debtor, Carlos A. Bedoya

| In Re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| CARLOS A. BEDOYA, | Case No. 1922472/RG |
| Debtor. | Chapter 13 |
| | NOTICE OF SUBSTITUTION OF ATTORNEY |

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that **Virginia E. Fortunato, Esq.** Will be substituted as attorney for record for **Carlos A. Bedoya, Debtor** in this case.

LAW OFFICE OF RONALD I. LeVINE

By: _____
RONALD I. LeVINE, ESQ.
Withdrawing Attorney
Dated: June 22, 2023

VIRGINIA E. FORTUNATO, L.L.C.

By: _____
VIRGINIA E. FORTUNATO, ESQ.
Superceding Attorney
Dated: June      , 2023

By: _____
CARLOS A. BEDOYA, Debtor
Dated: June      , 2023