| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>VIRGINIA E. FORTUNATO, LLC<br>One Kinderkamack Road<br>Hackensack, New Jersey  07601<br>Tel.: 201-673-5777<br><br>Virginia E. Fortunato, Esq. - VEF-787<br>Attorney for Debtor, Carlos A. Bedoya | |

Order Filed on September 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CARLOS A. BEDOYA,

          Debtor.

Case No.:  19-13186//VFP

Chapter:  13

Judge:  VFP

Hearing Date:

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: September 29, 2023

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Virginia E. Fortunato, Esq._____, the applicant, is allowed a fee of $ ___750.00___ for services rendered and expenses in the amount of $___0.00___ for a total of $___750.00___. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $___1,057.00___ per month for ___29___ months to allow for payment of the above fee.

*rev.8/1/15*

2