UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
**Carlos A Bedoya**

| | |
|---|---|
| Case No. | **19-13186** |
| Chapter: | **13** |
| Judge: | **VFP** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Carlos A Bedoya**_____, debtor in this case certify as follows:

1.   All payments required to be made by me under my plan have been made and are paid in full.

2.   ☑   I am not required to pay domestic support obligations.

☐   I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:   **March  3, 2026**

/s/ **Carlos A. Bedoya**
**Carlo A Bedoya**
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*