**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Carlos A. Bedoya | Social Security number or ITIN   xxx−xx−6990 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   19−13186−VFP

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carlos A. Bedoya

5/5/26

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-13186-VFP |
| Carlos A. Bedoya | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 05, 2026 | Form ID: 3180W | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos A. Bedoya, 98 Cresskill Avenue, Dumont, NJ 07628-1604 |
| cr | + | CSAB Mortgage-Backed Pass-Through Certificates, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520341594 | + | CSAB Mortgage-Backed Pass-Through Certificates, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 518031085 | + | Luz Bedoya, 98 Cresskill Avenue, Dumont, NJ 07628-1604 |
| 518031088 | + | State of New Jersey Department of Treasu, POB 1008, Moorestown, NJ 08057-0908 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 05 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 05 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | May 05 2026 21:31:25 | Specialized Loan Servicing, LLC, as servicing agen, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | EDI: PRA.COM | May 06 2026 01:10:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 520371199 | + | Email/Text: mtgbk@shellpointmtg.com | May 05 2026 21:32:00 | CSAB Mortgage-Backed Pass-Through Certificates, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, CSAB Mortgage-Backed Pass-Through Certif, c/o Shellpoint Mortgage Servicing 29603-0826 |
| 520371198 | + | Email/Text: mtgbk@shellpointmtg.com | May 05 2026 21:32:00 | CSAB Mortgage-Backed Pass-Through Certificates, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518031082 | ^ | MEBN | May 05 2026 21:29:21 | Commerce Bank, POB 410857, Kansas City, MO 64141-0857 |
| 518031083 | + | Email/PDF: creditonebknotifications@resurgent.com | May 05 2026 21:36:46 | Credit One Bank, POB 98875, Las Vegas, NV 89193-8875 |
| 518031084 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 05 2026 21:33:00 | Departmnet of Education/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1911 |
| 518195522 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2026 21:36:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518031086 | + | Email/Text: RASEBN@raslg.com | May 05 2026 21:32:00 | RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518207644 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 05 2026 21:32:00 | State Of New Jersey, Dept of Treasury, Division of |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: May 05, 2026 | Form ID: 3180W | Total Noticed: 21

| | | |
|---|---|---|
| | | Taxation, P O Box 245, Trenton NJ 08695 |
| 518031087 | Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | May 05 2026 21:32:00 | Specialized Loan Servicing LLC, Attn: Customer Care Support, POB 636005, Littleton, CO 80163-6005 |
| 518033620 | + EDI: PRA.COM | |
| | May 06 2026 01:10:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518995783 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | May 05 2026 21:32:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518206512 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | |
| | May 05 2026 21:32:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID** | **Bypass Reason** | **Name and Address**
519509609 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Cory Francis Woerner
on behalf of Creditor CSAB Mortgage-Backed Pass-Through Certificates cwoerner@raslg.com

Gavin Stewart
on behalf of Creditor Specialized Loan Servicing  LLC, as servicing agent for CSAB Mortgage-Backed Pass-Through Certificates, Series 2007-1, U.S. Bank National Association, as Trustee bk@stewartlegalgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Matthew K. Fissel
on behalf of Creditor CSAB Mortgage-Backed Pass-Through Certificates  Series 2007-1, U.S. Bank National Association, et al ... bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Virginia E. Fortunato

District/off: 0312-2                                    User: admin                                    Page 3 of 3
Date Rcvd: May 05, 2026                              Form ID: 3180W                              Total Noticed: 21

on behalf of Debtor Carlos A. Bedoya njbankruptcy911@gmail.com
bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com

TOTAL: 6